**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1841**

———————

NATHANIEL A. BRYANT,

Plaintiff - Appellant,

versus

GRADY-WHITE BOATS, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Malcolm J. Howard, District Judge.  (CA-01-103-H(4))

———————

Submitted:  November 21, 2002      Decided:  November 27, 2002

———————

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Nathaniel A. Bryant, Appellant Pro Se.  Laurence S. Graham, David Walter Silver, GRAHAM, SILVER, NUCKOLLS & BROWN, P.L.L.C., Greenville, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nathaniel A. Bryant appeals the district court's orders denying relief on his employment discrimination action and denying his Fed. R. Civ. P. 59 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bryant v. Grady-White Boats, Inc., No. CA-01-103-H(4) (E.D.N.C. May 14, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED